**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2577**

ALICE M. DEANE,

            Plaintiff - Appellant,

        v.

MARSHALLS, INC.; AMERICAN CASUALTY CO. OF READING, PA,

            Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.   Michael F. Urbanski,
District Judge.  (5:11-cv-00135-MFU-BWC)

Submitted:  April 18, 2013          Decided:  April 22, 2013

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alice M. Deane, Appellant Pro Se.   Lawrence Philip Postol,
SEYFARTH SHAW, LLP, Washington, D.C.; Charles Garrison Meyer,
III, LECLAIR RYAN, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alice M. Deane appeals the district court's order adopting the report of the magistrate judge and dismissing her employment discrimination suit for failure to exhaust administrative remedies. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Deane does not challenge in her informal brief the basis for the district court's disposition, she has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>